FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendant BODY ENERGY CLUB USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BODY ENERGY CLUB USA INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:21-cv-08179-AB (MARx)<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN to the Court that Plaintiff PORTIA MASON and Defendant BODY ENERGY CLUB USA INC. (the "Parties") have reached a settlement pursuant to which they have resolved the above-captioned litigation. Once the Parties finalize the written settlement agreement, the Parties will file a Stipulation for Dismissal pursuant to the terms of their settlement agreement.

Dated: February 9, 2022

FOLGER LEVIN LLP

*/s/ Jiyun Cameron Lee*

Jiyun Cameron Lee
Attorneys for Defendant
BODY ENERGY CLUB USA INC.

1146153.2

FOLGER LEVIN LLP
ATTORNEYS AT LAW